IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GEORGE LEE MARSHALL, | Case No.: 3:25-cv-01812-YY |
| Plaintiff, | |
| v. | |
| DAN RAYFIELD, | ORDER |
| Defendant. | |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Youlee Yim You issued Findings and Recommendations on October 7, 2025, recommending that plaintiff's complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e). Objections, if any, were due November 7, 2025, and no party has filed objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). In the absence of objections, no review is required, and no standard of review is prescribed. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nonetheless, a district court judge is not precluded from reviewing the report *sua sponte* under a *de novo*, or any other, standard. *Thomas*, 474 U.S. at 154; *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Courts in this district have followed the Advisory Committee's recommendation that, when no timely objection is filed, findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment; *see, e.g.*, *Hayden v. United States*, 147 F. Supp. 3d 1125, 1127 (D. Or. 2015) (following the recommendation of the Advisory Committee and reviewing magistrate judge's findings and recommendations for "clear error on the face of the record"); *Toohey v. Wyndham Worldwide*

1

*Corp. Health & Welfare Plan*, 673 F. Supp. 2d 1223, 1224 (D. Or. 2009) (same).

Because no party in this case has made objections, this Court reviews Judge You's Findings and Recommendations for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge You's Findings and Recommendation, ECF [7]. Plaintiff's complaint, ECF [1] is DISMISSED. Because it is clear that amendment cannot cure the deficiencies in plaintiff's complaint, dismissal is with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED this 5th day of December, 2025.

_____
Adrienne Nelson
United States District Judge